UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| LEROY DAVIS #560590 | CIVIL ACTION NO. 13-2396 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WARDEN, LOUISIANA STATE PENITENTIARY | MAGISTRATE JUDGE KAREN L. HAYES |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned *habeas* case, the Court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

The certificate of appealability is DENIED because the applicant has failed to make a substantial showing of the denial of a constitutional right.

MONROE, LOUISIANA, this 21st day of February, 2014.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE